IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLARD FERRELL,<br><br>*Plaintiff,*<br><br>-vs-<br><br>CITY OF CHICAGO, P.O. R. MOTA #18258<br>and P.O. B. RIVERA #12783<br><br>*Defendants.* | ) <br> ) <br> ) <br> ) No. <br> ) <br> ) <br> ) *(jury demand)* <br> ) <br> ) FILED: JULY 15, 2008 <br> ) 08CV4021 <br> ) <br> ) JUDGE BUCKLO <br> ) MAGISTRATE JUDGE COLE <br> <br> PH |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983.  The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Willard Ferrell is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation.  Plaintiff does not assert any federal claim against the City.

4. Defendants P.O. R. Mota 18285 and P.O. B. Rivera 12783 were at all times relevant acting under color of their authority as police officers of the City of Chicago; each is sued in his individual capacity.

5. On October 17, 2007 defendants Mota and Rivera falsely arrested plaintiff and caused plaintiff to be charged with an offense.

6. The charge referred to in the preceding paragraph was dismissed on November 29, 2007.

7. On January 27, 2008 defendants Mota and Rivera falsely arrested plaintiff and caused plaintiff to be charged with an offense.

8. The charge referred to in the preceding paragraph was dismissed on February 27, 2008.

9. On March 25, 2008 defendants Mota and Rivera falsely arrested plaintiff and caused plaintiff to be charged with a criminal offense.

10. Plaintiff was exonerated of the above referred charge at a trial on June 20, 2008.

11. The above described actions of defendants Mota and Rivera caused plaintiff to be deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States and to be maliciously prosecuted in violation of Illinos law.

12. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff prays that judgment be entered against defendants in an amount in excess of fifty thousand dollars as compensatory damages.

*/s/ Kenneth N. Flaxman*

―――――――――――――

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)

*attorney for plaintiff*