**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Willard Ferrell<br>                              -vs-<br>City of Chicago and P.O. R. Mota !18258 and P.O. B. Rivera #12783 | Case Number:<br>FILED: JULY 15, 2008<br>08CV4021 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Willard Ferrell

JUDGE BUCKLO
MAGISTRATE JUDGE COLE

PH

| |
|---|
| NAME (Type or print)<br> Kenneth N. Flaxman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         /s/ Kenneth N. Flaxman |
| FIRM<br> Kenneth N. Flaxman P.C. |
| STREET ADDRESS<br> 200 S Michigan Ave., Ste 1240 |
| CITY/STATE/ZIP<br> Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>08830399 | TELEPHONE NUMBER<br>(312) 427-3200 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |