## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:  08cv4021

Assigned/Issued  By:  j. n.

Judge Name:  bucklo

Designated Magistrate Judge:  cole

---

### FEE INFORMATION

**Amount Due:**   ☑ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP      ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350 _____     Receipt #: 2936407 _____

Date Payment Rec'd: 7-15-08 _____     Fiscal Clerk: j. n. _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____             ☐ Other
     *(Type of Writ)*                _____
                                                         *(Type of issuance)*

3 _____ Original and 0 _____ copies on 7-16-08 _____ as to  all defendants _____
                                           *(Date)*

_____

_____